DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 231P13 | Rodney McDonald Williams, Jr. v. State of North Carolina | 1. Petitioner's *Pro Se* Motion for a Settlement Conference<br><br>2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
|---|---|---|---|
| 236P13 | The North Carolina State Bar v. Geoffrey H. Simmons, Attorney | 1. Def's Motion for Temporary Stay (COAP13-350)<br><br><br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **05/30/13** Dissolved the Stay **06/12/13**<br><br>2. Denied |
| 303P12-2 | Shannon Fatta v. M&M Properties Management, Inc. | Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-694) | Denied |
| 341P12-2 | State v. Donald Durrant Farrow | Def's *Pro Se* Motion for PDR (COAP13-247) | Dismissed |
| 380A11-2 | State v. Nicholas Brady Heien | Def's Motion for Leave to File Amended New Brief | Allowed **06/05/13** |
| 387P05-2 | State v. Earl James Watson | Def's PWC to Review Order of COA (COAP12-87) | Dismissed |
| 393P12-2 | State v. Jabar Ballard | Def's *Pro Se* Motion for *Writ* of Innocence | Dismissed |
| 399P06-3 | State v. James Albert Coley, Jr. | 1. Def's *Pro Se* Motion for Court to Order the Withdrawal of His Plea of Guilty to (1) Count of Indecent Liberty with a Child (COAP12-240)<br><br>2. Def's *Pro Se* Motion to Dismiss Charge with Prejudice on January 25, 2013 | 1. Dismissed<br><br><br><br>2. Dismissed |
| 426PA12-2 | State v. Joseph Alan Lambert | 1. Def's NOA Based Upon a Constitutional Question (COA11-1574-2)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |